UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA )
)
v. ) NO. 3:15-00037
) JUDGE CAMPBELL
ASHLEY KAYE ALDRIDGE )

## ORDER

Due to an ongoing trial, the sentencing hearing currently scheduled for October 11, 2016 is

CONTINUED to October 12, 2016, at 11:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE