| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 0650 3:15CR00037 - 9 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>Middle District of Tennessee | DIVISION<br>NASHVILLE |
|---|---|---|
| Ashley Kaye Aldridge | NAME OF SENTENCING JUDGE<br>The Honorable Todd J. Campbell, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/14/2016   TO 10/13/2021 |

OFFENSE
Ct. 1: Conspiracy to Possess w/Intent to Distribute and to Distribute Oxycodone & Oxymorphone; 21:846; Class C Felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _____Western District of Kentucky_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-5-18
*Date*

*U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*U.S. District Judge*

Assigned Officer Initials (AM)